Otis Kidd, Jr., Plaintiff-Appellant, v. County of Stephenson, Alvin Stine, Buford Lower and Dennis Lamoreux, Defendants-Appellees.

Gen. No. 69–88. (Abstract of Decision.)

Second District.

December 18, 1969.

Nettles and Mahoney, of Freeport, for appellant; Bert P. Snow and Dexter A. Knowlton, State's Attorney, of Freeport, for appellees. Opinion by PRESIDING JUSTICE MORAN. Not to be published in full.